**FILED**
April 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                           )<br>            Plaintiff,                              )<br>v.                                                      )<br>                                                           )<br>WENDY WENLI WONG,                     )<br>                                                           )<br>            Defendant.                         ) | Case No. 2:11-MJ-00101-DAD-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WENDY WENLI WONG</u>, Case No. <u>2:11-MJ-00101-DAD</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1), 856</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__    Release on Personal Recognizance

　　　✔    Bail Posted in the Sum of $ <u>50,000</u>

　　　　　　✔    Unsecured Appearance Bond

　　　　　　__   Appearance Bond with 10% Deposit

　　　　　　__   Appearance Bond with Surety

　　　　　　__   Corporate Surety Bail Bond

　　　✔    (Other)    <u>Unsecured bond to be secured within two weeks</u>
　　　　　　<u>of today's date. With pretrial supervision and conditions of release as stated</u>
　　　　　　<u>on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u>  on  <u>April 7, 2011</u>  at  <u>3:10</u>  pm.

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge