```
FILED
April 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>         Plaintiff,           )<br>v.                            )<br>                              )<br>WENDY WENLI WONG ,            )<br>                              )<br>         Defendant.-          ) | Case No. 2:11-MJ-00101-DAD-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WENDY WENLI WONG</u>, Case No. <u>2:11-MJ-00101-DAD</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1), 856</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000</u>

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)   <u>Unsecured bond to be secured within two weeks of today's date. With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 7, 2011</u> at  3:10  pm .

By _____/s/ Dale A. Drozd_____

Dale A. Drozd
United States Magistrate Judge