MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant

Wendy Wong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WENDY WONG,<br><br>        Defendant. | Case No.: 2:11 CR 0166 MCE<br><br>STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br>Judge: Hon. Kendall Newman |

On April 7, 2011, Wendy Wong was released from custody on conditions of release which included special condition 11 -  an employment condition. Mrs. Wong speaks very little English and has not worked in approximately three (3) years.  Given the current economy and Ms. Wong's current inability to find employment,  it is believed that it will continue to be very difficult for Mrs. Wong to find employment. In fact, Pretrial Services, by way of Darryl Walker, is recommending that the condition of employment now be removed.

**STIPULATION**

Therefore, Assistant United States Attorney Todd Leras on behalf of the United States, and Defendant, Wendy Wong, through her undersigned counsel, hereby stipulate and agree that the Court should order that condition 10 -  the pretrial release condition of employment no longer be imposed. All other previously imposed conditions of pretrial release should remain in full force and effect.

1

**IT IS SO STIPULATED.**

DATED: December 6, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By /s/ Todd D Leras
                                 TODD D LERAS
                                 Assistant U.S. Attorney


DATED: December 6, 2011          The CHASTAINE LAW OFFICE


                                 By /s/ Michael Chastaine
                                 MICHAEL CHASTAINE
                                 Attorney for Defendant
                                 Wendy Wong

**ORDER**

**Good Cause Appearing,** it is hereby ordered that the previously imposed condition 10 of pretrial release to wit: condition of employment be deleted.

All other previously imposed conditions of pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**


DATED:  December 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE