BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-cr-00166-MCE |
| Plaintiff, ) | |
| ) | GOVERNMENT MOTION TO DISMISS |
| v. ) | |
| ) | |
| WENDY WENLI WONG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves, consistent with the Principles of Federal Prosecution, to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charges in the Indictment against defendant Wendy Wenli Wong.  Based on defense information and investigation obtained during trial preparation the government believes that it is in the interest of justice for the Court to dismiss the charges pending against defendant Wendy Wenli Wong.

///

///

///

Government's Motion to Dismiss

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: November 15, 2012        /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the government's motion, it is hereby ORDERED that the charges against defendant Wendy Wenli Wong, Counts One and Two in the Indictment, are dismissed without prejudice.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Government's Motion to Dismiss    2