MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant
Wendy Wong


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:11-CR-00166 MCE |
| ) | |
| Plaintiff, ) | ORDER TO RETURN PASSPORT TO |
| ) | WENDY WONG |
| v. ) | |
| ) | |
| WENDY WONG ) | |
| ) | |
| Defendants. ) | |

On November 16, 2012 the Government, in open court, dismissed the above

referenced indictment against Ms. Wendy Wong.

As a condition of her release, Ms. Wong turned over her American passport to

pretrial release services.  Now that the case has been dismissed, Ms. Wong seeks to have

her passport returned to her.  She therefore seeks an order from the court releasing her

passport.


Dated: November 19, 2012                    *Michael Chastaine /s/*_____
                                            Michael Chastaine
                                            Attorney for Wendy Wong

## ORDER

The Clerk of the Court is hereby ordered to release Ms. Wendy Wong's passport to Ms. Wendy Wong.

IT IS SO ORDERED.

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE